

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHIEF JUSTICE<br>TERRIE LIVINGSTON | TIM CURRY CRIMINAL JUSTICE CENTER<br>401 W. BELKNAP, SUITE 9000<br>FORT WORTH, TEXAS 76196 | CLERK<br>DEBRA SPISAK |
| JUSTICES<br>LEE ANN DAUPHINOT<br>ANNE GARDNER<br>SUE WALKER<br>BILL MEIER<br>LEE GABRIEL<br>BONNIE SUDDERTH | TEL: (817) 884-1900<br><br>FAX: (817) 884-1932<br><br>www.txcourts.gov/2ndcoa | CHIEF STAFF ATTORNEY<br>LISA M. WEST<br><br>GENERAL COUNSEL<br>CLARISSA HODGES |

January 27, 2015

Leigh W. Davis
1901 Central Dr., Ste. 708 LB 57
Bedford, TX 76021
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:  02-14-00208-CR
                                   02-14-00209-CR
      Trial Court Case Number:  1287413
                                   1287414

Style:     The State of Texas
           v.
           Dorothy Mae Bryan

The appellee's brief has been filed under the date of January 22, 2015 in the above referenced cause.

Please be advised that this cause has been set for submission with oral argument on **Tuesday, February 24, 2015, at 1:30 PM**, before a panel consisting of Justice Dauphinot, Justice Gabriel, and Justice Sudderth, in the courtroom of the Court of Appeals for the Second District of Texas, which is **located on the 9th floor of the Tim Curry Criminal Justice Center**. This panel is subject to change by the court. *See* Tex. R. App. P. 39.8.

All attorneys who are arguing before this court will need to arrive before scheduled argument time in order to check in with the clerk in the courtroom and announce how much time is needed for oral argument. This Court's case submissions are listed on our website at http://www.search.txcourts.gov/Submission.aspx?coa=coa02&s=c.

**NOTE**: Any party waiving oral argument is required to notify this court and all parties at least seven (7) days before the scheduled submission date. Unless

FILE COPY

argument is waived under Local Rule 4.D., counsel shall appear at the time set for oral argument.

This Court's local rules limit oral argument to fifteen (15) minutes per side and an additional five (5) minutes for appellant's rebuttal. Any additional time must be requested before submission date. If you request less than the allotted time you will not be allowed to extend past that time.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk